# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CONNIE D. REAVES ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:08-CV-488 |
| ) | (Phillips) |
| DENNIS S. FREEMAN and ) | |
| CHEROKEE HEALTH SYS., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On June 14, 2010, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 84] in which he recommended to grant Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* [Doc. 80]. After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's motion [Doc. 80] should be granted.

Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 84] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the R&R [Doc. 84], which the Court adopts and incorporates into its ruling, that Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* [Doc. 80] be **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge